GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

BRIAN E. KASPRZYK
Assistant U.S. Attorney
Pennsylvania State Bar No. 082701
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: brian.kasprzyk@usdoj.gov
*Attorneys for Plaintiff*

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-21-00349-PHX-DLR (MHB) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 371 and 2 (Conspiracy and Aid and Abet) Count 1 |
| 1. Marcus Shane Johnson, a.k.a.: "Ten X" (Count 1) | 18 U.S.C. §§ 2113(b) and 2 (Bank Robbery and Aid and Abet) Count 2 |
| 2. Tyler Tyree Hoskins (Counts 1 and 2) | |
| 3. Jaylen Rashaun Bruce-Grossley, a.k.a.: "Jay Bills," "realjaybills" (Count 1) | |
| 4. Trevaughn Keith James, a.k.a.: "Lil Tre," "liltrethatruth" (Counts 1 and 2) | |
| 5. Maurice Lewis, a.k.a.: "Lew," "Lewminati" (Count 1) | |
| 6. Jerris Lee Harris, a.k.a. "Official Harriz" (Counts 1 and 2) | |
| 7. Cody Lagrand Williams-Jackson, a.k.a. "Codeen" (Counts 1 and 2) | |
| 8. Coby Stephon Williams-Jackson, a.k.a.: "187cobo" (Counts 1 and 2) | |
| Defendants. | |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about January, 2021, in the District of Arizona and elsewhere, Defendants MARCUS SHANE JOHNSON, TYLER TYREE HOSKINS, JAYLEN RASHAUN BRUCE-GROSSLEY, TREVAUGHN KEITH JAMES, MAURICE LEWIS, JERRIS LEE HARRIS, CODY LAGRAND WILLIAMS-JACKSON, COBY STEPHON WILLIAMS-JACKSON, and others known and unknown to the Grand Jury, did knowingly and intentionally agree, combine, and conspire to commit the following offense against the United States: Bank Robbery.

All in violation of Title 18, United States Code, Section 2113(b).

**The Means and Method of the Conspiracy**

The means and method employed by Defendants and their co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

a. Since March 2020, Defendants and others known and unknown to the Grand Jury have committed bank robbery and attempted bank robbery of Automated Teller Machines (ATMs) near the Phoenix, Arizona area. Defendants and their co-conspirators who commit these ATM bank robberies and attempted ATM bank robberies use a similar modus operandi each time.

b. During the overnight hours, usually between midnight and 6:00 a.m., Defendants and their co-conspirators work together to steal vehicles, usually pickup trucks from locations near the targeted ATM. Defendants and their co-conspirators then use the stolen vehicle to approach the targeted ATM to extract the cash trays by force.

c. Defendants and their co-conspirators use prybars and other tools to force open the front cover of the ATM. Once the ATM front cover is opened, Defendants and their co-conspirators attach hooks and chains connected to a truck or other large vehicle which is backed up to the ATM. With the chains attached to the ATM, the truck drives off to pull the ATM open and gain access to the cash trays.

d. Defendants and their co-conspirators take and carry away, with the intent to steal or

purloin, money belonging to and in the care, custody, control, management and possession of the bank or federal credit union.

e. Defendants and their co-conspirators wear gloves, masks, and other clothing to hide their faces and identities.

**Overt Acts**

In furtherance of the conspiracy, and to affect the object of the conspiracy, Defendants and their co-conspirators committed, or caused to be committed, the following overt acts, among others, described below:

a. On or about January 10, 2021, Defendants MARCUS SHANE JOHNSON, TYLER TYREE HOSKINS, JAYLEN BRUCE-GROSSLEY, TREVAUGHN KEITH JAMES, MAURICE LEWIS, and others traveled from Houston, Texas to Gilbert, Arizona in a rented vehicle.

b. On or about January 11, 2021, Defendant TYLER TYREE HOSKINS conducted multiple Internet searches related to tow hooks and chains.

c. Between on or about January 10 and January 17, Defendant JERRIS LEE HARRIS provided the Defendants and co-conspirators with a place to stay at his residence in Gilbert, Arizona. Defendant JERRIS LEE HARRIS also provided the Defendants and co-conspirators with access to a gray or silver in color Mercedes vehicle to be used in conjunction with a stolen truck to commit the ATM bank robberies.

d. On or about January 15, 2021, Defendants CODY LAGRAND WILLIAMS-JACKSON and COBY STEPHON WILLIAMS-JACKSON drove from Houston, Texas, to Gilbert, Arizona.

e. On or about January 16, 2021, Defendants TYLER TYREE HOSKINS and TREVAUGHN KEITH JAMES acted as lookouts during the robbery alleged in Count 2.

All in violation of Title 18, United States Code, Sections 371 and 2.

//

//

**COUNT 2**

On or about January 16, 2021, in the District of Arizona, Defendants TYLER TYREE HOSKINS, TREVAUGHN KEITH JAMES, JERRIS LEE HARRIS, CODY LAGRAND WILLIAMS-JACKSON and COBY STEPHON WILLIAMS-JACKSON took and carried away, with the intent to steal or purloin, money, greater than $1,000, belonging to and in the care, custody, control, management and possession of TruWest Federal Credit Union, located at 64 East Pecos Road, Gilbert, Arizona, the deposits of which were then federally insured by the National Credit Union Administration Board (NCUA).

All in violation of Title 18, United States Code, Sections 2113(b) and 2.

A TRUE BILL

*S/*
FOREPERSON OF THE GRAND JURY
Date: May 11, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

*S/*
BRIAN E. KASPRZYK
Assistant U.S. Attorney